IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TIMOTHY F. CHENAULT,)
)
        Plaintiff,)
) Civil No. 05-876-CO
v.)
) ORDER
CARL YABER, et al.,)
)
        Defendants.)
)

    Magistrate Judge John P. Cooney filed his Findings and Recommendation on October 17, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1   - ORDER

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. This action is dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED this 21st day of Nov., 2005.

_____
Michael C. Hogan
UNITED STATES DISTRICT JUDGE